Check No. 1154201

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK CLERK U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 10-06857-RNO | 999-0 | BRIAN D WALMER | | 0.00 | 67.03 | 0.00 | 67.03 |
| | | Original Check written to: BRIAN D WALMER, 1051 PRINCETON DR, HUMMELSTOWN, PA 17036- | | | | | |
| 10-08908-JJT | 08U-0 | SHANNON DREW KOZLANSKY | 1559 | 2,242.59 | 506.72 | 0.00 | 506.72 |
| | | Original Check written to: WHITE RIDGE PLASTICS, LLC, 109 SANDS ROAD, REIDSVILLE, NC 27320- | | | | | |
| 11-00794-RNO | 21U-0 | KENNETH G GREGORY | 2842 | 1,999.46 | 62.81 | 0.00 | 62.81 |
| | | Original Check written to: WEST YORK AMBULANCE, PO BOX 726, NEW CUMBERLAND, PA 17070- | | | | | |
| 11-01780-RNO | 06U-0 | JOHN O PARKER | 3240 | 1,854.14 | 3.36 | 0.00 | 3.36 |
| | | Original Check written to: VOUGH & ASSOCIATES, 126 SOUTH MAIN STREET, PITTSTON, PA 18640-1793 | | | | | |
| 11-02285-JJT | 999-0 | RODOLFO A MILACHAY | | 0.00 | 13.68 | 0.00 | 13.68 |
| | | Original Check written to: **RODOLFO A MILACHAY, 150 CHESTNUT DRIVE, STROUDSBURG, PA 18360 | | | | | |
| 11-02777-MDF | 04U-0 | DOUGLAS LYNN STONE | 090401119 | 1,097.07 | 98.57 | 0.00 | 98.57 |
| | | Original Check written to: ACCOUNTS RECOVERY INC, P.O. BOX 6768, WYOMISSING, PA 19610- | | | | | |
| 11-03735-JJT | 018-0 | ROBERT L PRICE JR | 9123 | 0.00 | 197.67 | 0.00 | 197.67 |
| | | Original Check written to: THE PALMS COUNTRY CLUB AND RESORT CONDO ASSOC, 7345 GREENBRIAR PARKWAY, ORLANDO, FL 32819-8935 | | | | | |
| 11-03907-MDF | 27S-0 | AUTUMN LYNN COOPER | | 0.00 | 28.27 | 0.00 | 28.27 |
| | | Original Check written to: CAPITAL REGION WATER, BILLING & COLLECTIONS UNIT, 100 PINE DRIVE, HARRISBURG, PA 17103- | | | | | |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive. Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1154201

September 01, 2016

PAY** Nine Hundred Seventy Eight Dollars and 11 Cents********************************

AMOUNT**$978.11*************

TO THE ORDER OF

VOID AFTER November 30, 2016
Positive Pay Account

CLERK U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA 17108-

⑈1154201⑈ ⑆031301422⑆ 1618 66156⑈