# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9ᵀᴴ STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

November 11, 2016

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

      In Re:      **Shannon Drew Kozlansky**
                      **Chapter 13**
                      **Case No. 5-10-08908**

Dear Sir/Madam:

    I have received returned mail for **WHITE RIDGE PLASTICS**, a creditor in the above-captioned bankruptcy. The incorrect address the mail was sent to was: PO Box 2900 REIDSVILLE, NC 27323-2900. Please be advised the correct information is as follows.

**WHITE RIDGE PLASTICS, LLC**

**109 SANDS ROAD**

**REIDSVILLE, NC 27320**

I served the Order of Discharge at the above address on November 12, 2016. Please correct the mailing matrix.

    Thank you for assistance in this matter.

                                Very truly yours,

                                /s/ Tullio DeLuca, Esquire

TD/th