```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 10-08908-JJT
Shannon Drew Kozlansky                                              Chapter 13
          Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5      User: MMchugh            Page 1 of 1            Date Rcvd: Mar 29, 2017
                          Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db             +Shannon Drew Kozlansky,    11 Sandbank Road,    Tunkhannock, PA 18657-1766

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                    Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Clayton William Davidson    on behalf of Creditor    Deere & Company cdavidson@mwn.com,
               nwelch@mwn.com
              James T. Shoemaker    on behalf of Creditor    First Liberty Bank c/o James T. Shoemaker, Esq.
               jshoemaker@hkqpc.com
              Joshua I Goldman    on behalf of Creditor    Bank of America, N.A., et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    Bank of America, N.A., et al... tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor Shannon Drew Kozlansky tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Plaintiff Shannon Drew Kozlansky tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Shannon Drew Kozlansky<br>aka Shannon D. Kozlansky, aka Shannon Kozlansky,<br>dba The Dock Doctor<br>11 Sandbank Road<br>Tunkhannock, PA 18657 | Chapter 13<br>Case No. 5:10–bk–08908–JJT |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−2004

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: March 29, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk